IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. | CRIMINAL NO.: 2:24 – CR - 00220 |
| : | |
| MURAT ASLANSAN | |
| : | |
| Defendant : | |

### ORDER

**AND NOW**, this 21st day of August, 2025, upon consideration of "Petition for Conditional Return of U.S. Passport" filed by James T. Marsh, Esquire, attorney for the Defendant, MURAT ASLANSAN, and after a hearing thereon, it is hereby ORDERED and DECREED that Defendant's "Petition for Conditional Return of U.S. Passport" is **GRANTED,** as follows:

    1.    Defendant's Passport was previously surrendered to the Pretrial Services Office and is held by the Clerk's Office. Defendant is permitted to temporarily receive his Passport from the Clerk's Office exclusively for the purpose of obtaining his Driver's License and then return said Passport to the Clerks Office within seven (7) days of receiving his Driver's License. Pretrial Services Office.

                                                BY THE COURT:

                                                _____
                                                THE HONORABLE JOSHUA D. WOLSON